**Kareem Rashad SIMS, Petitioner–Appellant,**

v.

**R.Q. HICKMAN, Warden, Respondent–Appellee.**

No. 01–16709.

D.C. No. CV–00–01457–GEB.

United States Court of Appeals, Ninth Circuit.

Submitted April 10, 2002.*

Decided April 18, 2002.

Before O'SCANNLAIN and RICHARD C. TALLMAN, Circuit Judges, and KING, District Judge.**

MEMORANDUM ***

Defendant appeals the District Court's denial of his petition for a Writ of Habeas Corpus. Defendant asserts that the evidence at trial showed that the kidnap was incidental to the murder and he is therefore not liable for murder with special circumstances.[1] The California Court of

* This panel unanimously finds this case suitable for decision without oral argument. *See* FED. R.APP. P. 34(A)(2).

** The Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9TH CIR. R. 36–3.

1. The Government failed to file an answering brief.

Appeals' decision was a reasonable application of federal constitutional law. *Tran v. Lindsey,* 212 F.3d 1143, 1153–54 (9th Cir. 2000). There was sufficient evidence to support the jury's conclusion that there was an independent felonious purpose during the Defendant's kidnaping/ murder. *Lewis v. Jeffers,* 497 U.S. 764, 781–82, 110 S.Ct. 3092, 111 L.Ed.2d 606 (1990).

AFFIRMED.

* This disposition is not appropriate for publication and may not be cited to or by the courts